## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa Y. Copeland <br> _Debtor_ | CHAPTER 7 <br><br> BKY. NO. 16-17165 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 5579

                                                  Respectfully submitted,

                                                  **/s/Brian Nicholas, Esquire**
                                                  Brian Nicholas, Esquire
                                                  Thomas Puleo, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322  FAX (215) 627-7734