*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Teresa Y. Copeland
    Debtor(s)

Case No: 16−17165−mdc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 7025 Radbourne Road, Upper Darby, PA 19082. Filed by U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) Represented by BRIAN CRAIG NICHOLAS

    on: 1/31/17

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/4/17

Timothy B. McGrath
Clerk of Court

15 − 13
Form 167