United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-17165-mdc
Teresa Y. Copeland                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Eileen         Page 1 of 1          Date Rcvd: Jan 04, 2017
                           Form ID: 167          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db          +Teresa Y. Copeland,   6719 Short Lane, Apt B,   Upper Darby, PA 19082-4314
13805559    +Aqua Pennsylvania Water,   PO Box 1229,   Newark, NJ 07101-1229
13805560    +Byl Svc,   301 Lacey Street,   West Chester, PA 19382-3727
13805562    +Midland Fund,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
13805563    +Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
13809064    +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13805565    +Philadelphia Fed Cr Un,   12800 Townsend Rd,   Philadelphia, PA 19154-1095
13805566    +Security Credit Servic,   2653 W Oxford Loop,   Oxford, MS 38655-5442
13805567    +Toyota Motor Credit Co,   240 Gibraltar Rd Ste 260,   Horsham, PA 19044-2387
13805568    +U Of P Federal Cu,   3900 Chestnut St,   Philadelphia, PA 19104-3120
13838594    +U.S. Bank N.A.,   c/o Brian Nicholas, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13805569    +Upper Darby Township,   100 Garrett Road,   Upper Darby, PA 19082-3135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2017 02:39:18
              PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
13814374    +E-mail/Text: bnc@atlasacq.com Jan 05 2017 02:18:57     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
13805564    +E-mail/Text: blegal@phfa.org Jan 05 2017 02:19:12     Pa Housing Finance Age,   211 N Front St,
              Harrisburg, PA 17101-1406
                                                                            TOTAL: 3


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13805561    ##+Cbe Group,   131 Tower Park Drive Suite 100,   Waterloo, IA 50701-9374
                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          GARY F. SEITZ   gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
          MICHAEL SETH SCHWARTZ   on behalf of Debtor Teresa Y. Copeland msbankruptcy@verizon.net
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Teresa Y. Copeland

      Debtor(s)

Case No: 16–17165–mdc

Chapter: 7

---

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 7025 Radbourne Road, Upper Darby, PA 19082. Filed by U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) Represented by BRIAN CRAIG NICHOLAS

on: 1/31/17

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/4/17

Timothy B. McGrath
Clerk of Court